J. Randall Jones, Esq.
Nevada Bar No. 1927
*r.jones@kempjones.com*
Spencer H. Gunnerson, Esq.
Nevada Bar No. 8810
*s.gunnerson@kempjones.com*
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Phone: (702) 385-6000
Fax:    (702) 385-6001
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREENBROZ, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN VAULT SYSTEMS, LLC, a Washington limited liability company,<br><br>Defendant. | Civil Action No.: 2:20-cv-02008-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE ANSWER DEADLINE** |

### Stipulation

This stipulation is entered into by and between plaintiff Greenbroz, Inc. and defendant Green Vault Systems, LLC, by their respective counsel.  The parties respectfully request that the deadline for defendant to respond to the complaint be

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

extended from November 6, 2020 until November 20, 2020, to allow for continued settlement discussions.

DATED this  4th  day of November, 2020.

| LEAH MARTIN LAW | KEMP JONES, LLP |
|---|---|
| /s/ Kevin Hejmanowski | /s/ Spencer H. Gunnerson |
| LEAH MARTIN, ESQ.<br>Nevada Bar No. 7982<br>KEVIN HEJMANOWSKI, ESQ.<br>Nevada Bar No. 10612<br>3100 W. Sahara Ave. #202<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff* | J. RANDALL JONES, ESQ.<br>Nevada Bar No. 1927<br>SPENCER H. GUNNERSON, ESQ.<br>Nevada Bar No. 8810<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant* |

*Of Counsel:*
Al Van Kampen, Esq.
Wash. State Bar No. 13670
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Tel.:  206-386-7353
*AVanKampen@VKClaw.com*

**Order**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 11/6/2020